# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **SHAWNEE TERMINAL RAILROAD CO., INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION 01:09-cv-00113-KD-N |
| | ) |
| **J.E. ESTES WOOD CO., INC.  and A.A. NETTLES, SR. PROPERTIES, LTD.** | ) ) ) |
| **Defendants.** | ) |

## JUDGMENT

In accordance with the Order issued on this date, the Magistrate Judge's Supplemental Report and Recommendation (Doc. 38) is hereby **ADOPTED**, Defendant's Motion to **DISMISS** (Doc. 24) is hereby **GRANTED**, and this case is hereby **DISMISSED.**

**DONE** and **ORDERED** this the 18th day of September, 2009.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**