# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SHAWNEE TERMINAL RAILROAD CO., INC.** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **CIVIL ACTION NO. 09-0113-KD-N** |
| **J.E. ESTES WOOD CO., INC., et al.,** | )<br>)<br>) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is **ORDERED** that the plaintiff's Motion to Dismiss (Doc. 24) is **DENIED**.

**DONE** and **ORDERED** this the **15th** day of **December, 2010.**

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**